IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CA 07 211S |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| KEITH BEAUCHAMP, | ) | |
| WAYNE BEAUCHAMP, and | ) | |
| DEAN COOPERATIVE BANK, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

The plaintiff, the United States of America, by its undersigned counsel, at the request and with the authorization of a delegate of the Secretary of the Treasury and as directed by a delegate of the Attorney General, pursuant to 26 U.S.C. §§ 7401 and 7403, brings this complaint to foreclose federal tax liens against a parcel of real property. For these purposes, the United States complains and alleges as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403.

2. Defendant Keith Beauchamp resides within the jurisdiction of this court.

3. Defendant Wayne Beauchamp resides within the jurisdiction of this court.

4. Defendant Dean Cooperative Bank ("Dean Bank") has a place of business at 21 Main Street, Franklin, Massachusetts 02038. Dean Bank is named as a defendant in accordance with 26 U.S.C. § 7403(b), because it may claim an interest in the property on which the United States seeks to foreclose its federal tax liens by virtue of a mortgage on the property granted on or about June 28, 2006, and recorded with the Narragansett Town Clerk at Book 658, Page 911.

5. Jeffrey Rose, not a party to this action, is an individual who, through an entity called Borland Realty, Inc. ("Borland Realty"), had an ownership interest in real property now owned by Keith Beauchamp and Wayne Beauchamp, as described further below.

6. A delegate of the Secretary of the Treasury made assessments against Jeffrey Rose, on the dates, in the amounts, and for the tax periods as follows:

| Tax Period | Assessment Date | Amount Assessed | Balance Due as of March 22, 2006 |
|---|---|---|---|
| 12/31/1994 | 11/3/2004 | 140,087.61 | 159,618.15 |
| 12/31/1995 | 11/3/2004 | 85,767.16 | 97,418.20 |
| 12/31/1996 | 11/3/2004 | 231,018.53 | 264,172.30 |
| 12/31/1997 | 11/3/2004 | 216,442.43 | 248,617.23 |
| | | Total | 769,825.88 |

These assessments reflect unpaid federal income tax liabilities, including statutory interest and penalties, for the indicated tax years that had not been paid as of the dates of assessment.

7. On or about the dates of assessment listed in Paragraphs 6, notice of the assessments and demand for payment of the liabilities was sent to Jeffrey Rose. Despite such notice and demand, Jeffrey Rose has refused or neglected to pay fully the assessed liabilities.

8. There remains due and owing to the United States with respect to the assessments described in Paragraph 6 above, the sum of $769,825.88, plus statutory interest and additions from and after March 22, 2006.

9. Pursuant to 26 U.S.C. §§ 6321 and 6322, as a result of the neglect, refusal, or failure of Jeffrey Rose to provide for payment of the assessments described in paragraph 6 above, after notice and demand, federal tax liens in the amount of Jeffrey Rose's unpaid liabilities referenced above arose on the dates of the assessments, and attached to all property and rights to property of Jeffrey Rose, including after-acquired property. Notices of Federal Tax Lien for each of the assessments described in paragraph 6 were filed on November 9, 2004.

10. Borland Realty obtained record title to real property at 25 Raymond Drive, Narragansett, Rhode Island (the "25 Raymond Drive property") by quitclaim deed on March 3, 2000. The transfer of record title to Borland Realty was subject to a prior mortgage granted to Kaleb Realty, RIGP ("Kaleb Realty").

11. The 25 Raymond Drive property is more fully described as follows:

> That certain lot or parcel of land, together with all the buildings and improvements thereon situated, located[1] in the Town of Narragansett, County of Washington, State of Rhode Island, said real estate being laid out and delineated as Lot No. 14 (fourteen) on that certain recorded plat entitled "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchon ETUX Dorothy L.-Owner Scale: 1' = 50' J.A. Johnson, Surveyor Dec. 1969. "Drainage revisions, May, 1871, A.J. Easterbrooks, C.E."

12. On information and belief, Jeffrey Rose controls Borland Realty and has used that entity to frustrate the efforts of the United States to collect its outstanding liabilities against him. Throughout the time that Borland Realty has held title to the 25 Raymond Drive property, Jeffrey Rose has retained possession and control of that property and enjoyed the benefits of ownership of the property despite not holding record title personally. Among other things, Jeffrey Rose's books and records indicate that he considered this property to be among his personal rental properties while it was nominally owned by Borland Realty, and rental income checks for the 25 Raymond Drive property were deposited directly to Jeffrey Rose's business checking account. Thus, throughout the time Borland Realty held record title to 25 Raymond Drive, it did so as Jeffrey Rose's nominee.

---

[1] In certain recorded instruments, including the quitclaim deeds recorded on March 3, 2000 and June 28, 2006, the property description reads as follows: "That certain lot or parcel of land, together with all the buildings and improvements thereon, *situated on the southerly side of Chapin Road,* in the Town of Narragansett, County of Washington, State of Rhode Island, said real estate being laid out and delineated as Lot No. 14 (fourteen) on that certain recorded plat entitled "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchon ETUX Dorothy L.-Owner Scale: 1' = 50' J.A. Johnson, Surveyor Dec. 1969. 'Drainage revisions, May, 1871, A.J. Easterbrooks, C.E.'" On information and belief, the reference to Chapin Road in this alternate description of the property is a mere scrivener's error.

13. Notices of Federal Tax Lien for each of the assessments alleged in paragraph 6 were filed against Borland Realty, as nominee, alter ego, or transferee of Jeffrey Rose, on November 15, 2004. All transfers of record title for the 25 Raymond Drive property made subsequent to that date were and are therefore subject to preexisting federal tax liens for the assessments set forth in Paragraph 6.

14. On July 25, 2005, Kaleb Realty assigned its mortgage on the 25 Raymond Drive property to an entity named Raymond 25 Associates LLC ("Raymond 25 Associates"), for $10.00. On January 19, 2006, Raymond 25 Associates foreclosed on that mortgage and itself purchased the property at the resulting nonjudicial sale. Raymond 25 Associates twice recorded a foreclosure deed for the property, on April 18, 2006 and on June 30, 2006.[2] This transfer of record title on the 25 Raymond Drive property from Borland Realty to Raymond 25 Associates was made subject to the United States' tax liens.

17. On June 30, 2006, Raymond 25 Associates transferred record title to the property to Keith Beauchamp and Wayne Beauchamp by quitclaim deed for the sum of $10.00. That transfer was made subject to the United States' tax liens.

---

[2] On information and belief, before Raymond 25 Associates acquired any interest in the property, the Town of Narragansett sold a tax deed for the property on or about June 15, 2005 for failure to pay property taxes. Borland Realty subsequently redeemed the property from the tax deed by paying the owed property taxes on or about June 25, 2006.

18. The United States is entitled to foreclose its liens upon the 25 Raymond Drive property, to have that property sold at a judicial sale and have the proceeds applied toward satisfaction of Jeffrey Rose's tax liabilities as set forth in paragraph 6.

WHEREFORE, the plaintiff, the United States of America, requests the following relief:

a) That this Court determine that the United States has valid and subsisting liens arising as a result of the assessments described in paragraph 6 above, which liens have attached to all property and rights to property of Jeffrey Rose, including the real property described in paragraph 11 above;

b) That this Court determine that Borland Realty held record title to the real property described in paragraph 11 as the nominee of Jeffrey Rose;

c) That this Court order the foreclosure of the United States' federal tax liens upon the real property described in paragraph 11 above;

d) That this Court determine that the transfer of record title to the real property described in paragraph 11 to Keith Beauchamp and Wayne Beauchamp was made subject to the federal tax liens described in paragraph 9;

e) That this Court order the sale of the real property described in paragraph 11, by an officer of this Court, free and clear of any right, title, claim or interest of any of the parties to this action, with an appropriate portion of the proceeds of the sale to be distributed to the United

States for application to the unpaid federal income tax liabilities of Jeffrey Rose and to the other defendants in accordance with the amount of priority of their claims as they establish;

f) That this Court award the United States such other and further relief as this Court deems just and proper.

ROBERT CLARK CORRENTE
United States Attorney

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov