UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH BEAUCHAMP, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:07cv211-S |

**PLAINTIFF UNITED STATES' ASSENTED-TO REQUEST TO EXTEND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

The plaintiff United States of America, through undersigned counsel, with the assent of counsel for the Defendants, requests, pursuant to Fed. R. Civ. P. 6(b)(1)(a), that this Court extend the deadlines for discovery and the filing of summary judgment by sixty (60) and ninety (90) days, respectively, so that the discovery deadline would be July 12, 2008, and the summary judgment filing deadline would be August 11, 2008. The discovery deadline is currently May 13, 2008, and the deadline for filing dispositive motions is the same date. The parties have not sought a previous extension.

While the parties have actively pursued discovery in this action, there have been significant roadblocks precluding them from ascertaining vital facts. One of the key factual issues in the case is whether Jeffrey Rose (whose tax liabilities gave rise to the tax lien that the United States seeks to foreclose) controlled a parcel of real property in Narragansett, Rhode Island, through a series of nominee entities before selling it to Defendants. The United States has, therefore, attempted discovery focused on that inquiry.

Jeffrey Rose has fled the country and is not available for discovery. The United States subpoenaed Viriato Rose, Jeffrey Rose's father, but Viriato Rose repeatedly invoked his Fifth Amendment right not to testify and refused either to answer questions or to produce documents. The United States has also subpoenaed two entities appearing in the chain of title for the property at issue that the United States contends are nominees of Jeffrey Rose. Neither entity has cooperated in discovery.[1] The United States has also issued a subpoena for the deposition of John Sheehan, an attorney who apparently worked with Jeffrey Rose in structuring this transaction, for a deposition. To date, the United States has been unable to locate and serve Attorney Sheehan. At any rate, due to scheduling issues, the earliest that the deposition of Attorney Sheehan can take place is May 13, 2008, the last day of the discovery period.

[1] The United States intends to seek judicial intervention in enforcing these subpoenas.

The United States believes that further discovery from other sources will be necessary to ascertain the facts needed to prepare the appropriate dispositive motions. Additional sources of information may be obtained at the deposition of Attorney Sheehan. The United States requests, with the assent of Defendants, that this Court extend the deadline for completing discovery for a period of sixty (60) days until July 12, 2008, and for filing dispositive motions for a period of ninety (90) days until August 11, 2008, to allow the parties to pursue additional avenues of discovery and to have an opportunity to prepare any motion for summary judgment.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing has this 1st day of May, 2008, been made upon the following electronically via ECF to:

James P. Marusek, Esquire
Gidley, Sarli & Marusek
One Turk's Head Place
Suite 900
Providence, Rhode Island 02903

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division