UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07cv211-S |
| | ) | |
| KEITH BEAUCHAMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF UNITED STATES' ASSENTED-TO REQUEST TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT**

The plaintiff United States of America, through undersigned counsel, with the assent of counsel for the Defendants, requests, pursuant to Fed. R. Civ. P. 6(b)(1)(A), that this Court extend the deadline for filing summary judgment motions until September 11, 2008. The current deadline for motions for summary judgment is August 11, 2008.

Pursuant to the Court's Pretrial Order, the Court has ordered that the parties appear for a Summary Judgment Conference prior to the filing of any summary judgment motion. Due to scheduling conflicts with both parties' counsel and the Court's calendar, that conference has been scheduled for September 5, 2008. An extension of time to file summary judgment motions would permit that conference to occur before the motions would be filed.

Further, as the United States has previously indicated to the Court, there are pending discovery issues yet to be resolved. For example, John Sheehan, a participant in the transaction at issue in this case, repeatedly invoked attorney-client privilege at his deposition and refused to answer questions regarding the transaction. He also refused, on attorney-client privilege grounds, to produce any documents at all (including clearly non-privileged documents such as

tax returns filed with the IRS and correspondence with third parties). The United States believes that Sheehan's invocation of the privilege lacks merit and intends to file a motion to compel further testimony and production of documents from him. Resolution of that dispute (with or without judicial intervention) may affect any motions for summary judgment.

In addition, the United States served written discovery requests on Defendants during the fact discovery period. Defendants are still gathering information and have requested additional time to respond in order to provide responses to those requests. An extension would ensure that counsel for the United States will have adequate time to review those responses before preparing, or responding to, any motion for summary judgment.

For the above reasons, the United States requests, with the assent of Defendants, that this Court extend the deadline for filing motions for summary judgment until September 11, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing has this 31st day of July, 2008, been made upon the following electronically via ECF to:

James P. Marusak, Esquire
Gidley, Sarli & Marusak
One Turk's Head Place
Suite 900
Providence, Rhode Island 02903

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division