IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff, Case No. 07-2118

vs.

Judge William E. Smith

KEITH BEAUCHAMP,
WAYNE BEAUCHAMP, and
DEAN COOPERATIVE BANK,
Defendants.
________________________/

| | |
|---|---|
| DEPOSITION OF: | VIRIATO M. ROSE |
| TAKEN BY: | Counsel for Plaintiff |
| DATE: | April 14, 2008 |
| PLACE: | U.S. Attorney's Office<br>Suite 3200<br>400 North Tampa Street<br>Tampa, Florida 33602 |
| TIME: | 1 p.m. - 2:32 p.m. |
| REPORTED BY: | Ekaterina L. Trofimov, RPR<br>Notary Public, State of Florida |

EKATERINA L. TROFIMOV, RPR
Tampa, Florida
(813) 933-9603



APPEARANCES:

ROBERT J. KOVACEV, ESQUIRE
U.S. Department of Justice
Room 7826
555 Fourth Street, N.W.
Washington, D.C. 20001
Attended for the Plaintiff

JAMES P. MARUSAK, ESQUIRE
Gidley, Sarli & Marusak
Suite 900
One Turk's Head Place
Providence, Rhode Island 02903
Attended via Conference Phone
for the Defendants

B. GRAY GIBBS, ESQUIRE
Suite 101-S
100 Second Avenue South
St. Petersburg, Florida 33701
Attended for the Deponent

ALSO PRESENT:
MRS. EMILY ROSE

COPY

I N D E X

PAGE

Examination by Mr. Kovacev ........................ 4
Certificate of Oath .............................. 69
Reporter's Certificate ........................... 70
Signature Page/Errata Sheet ...................... 71
Witness Notification Letter ...................... 72



EXHIBITS

EXHIBITS MARKED FOR IDENTIFICATION:

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 19 | Subpoena in a Civil Case, Issued to JEV Financial Corporation, c/o Peter D'Amico, Esquire | 14 |
| 20 | Subpoena in a Civil Case, Issued to Kaleb Realty, a R.I. General Partnership | 28 |
| 21 | Subpoena in a Civil Case, Issued to Viriato Rose | 39 |
| 8 | (Previously Marked Exhibit) Agreement, Bates Stamped Ray LLC 008 through LLC 017 | 42 |
| 22 | Statutory Form of Foreclosure Deed Under Power of Sale in Mortgage, Bates Stamped USA 0014 through USA 0042 | 50 |
| 23 | Durable Power of Attorney (Four-Page Document) | 57 |



VARIATO M. ROSE,

having been duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. KOVACEV:

Q Good afternoon, Mr. Rose.

A Good afternoon.

Q If you could just give your full name for the record.

A Variato M. Rose.

Q And "M" stands for what?

A Manuel.

Q Is there a "II" or "Junior" or anything else?

A No.

Q Okay. Mr. Rose, I know we've been introduced before. My name is Robert Kovacev. I'm a trial attorney with the tax division of the Department of Justice in Washington, and I'm here taking your deposition in a civil case, which is called "United States vs. Beauchamp," which is in Rhode Island -- in the District of Rhode Island, in federal district court.

Now, this is a civil case. It's not a criminal case. My purpose here is to get evidence from you for use in that civil case.



GOVERNMENT EXHIBIT
A

Page 41

MR. GIBBS: That it may tend to incriminate him.
BY MR. KOVACEV:
Q If you look at the third page of Exhibit 21, there is a list of four things there under "Categories of Documents to be Produced." Do you see that?
A I see.
Q Are you producing any documents today pursuant to the subpoena?
A No.
MR. GIBBS: All right. I'm directing him not to produce any documents today pursuant to the subpoena on the grounds that producing the documents may tend to incriminate him.
MR. KOVACEV: Just so the record is clear, are you going to direct Mr. Rose not to produce any documents with respect to any of the three subpoenas that we've seen today, the JEV Financial, the Kaleb Realty, and the Viriato Rose?
MR. GIBBS: That's correct. I'm directing him not to produce any documents with respect to JEV Financial Corporation; Kaleb Realty, a Rhode Island General Partnership; and the individual subpoena served on him.
BY MR. KOVACEV:

Page 42

Q Mr. Rose, are you going to abide by that instruction?
A Yes.
Q Next I will introduce what's been previously marked as Deposition Exhibit 8, a multi-page document, starting with Bates number starting at Ray LLC 008 and ending at 017.
Take a look at that and let me know when you're ready.
Are you ready?
A Yes, I've looked at it.
Q Okay. Looking at -- there is a document that is the first three pages, Bates Number 008 to 010, titled "Agreement." Have you ever seen that part of Exhibit 8 before?
A No.
Q If you'll turn to the page with the Bates number that ends in 010, it's the third page of that exhibit -- yeah, right there -- do you see there's a signature line for Kaleb Realty, a Rhode Island General Partnership?
A Uh-huh. (Indicates affirmatively.)
Q Is that your signature?
MR. GIBBS: I need to go off the record and discuss this document with my client if you want

Page 43

answers. Otherwise I'll just instruct him not to answer.
MR. KOVACEV: Let me go through this exhibit -- well, okay. Let's take a short break.
MR. GIBBS: Yeah, let's just take a short break.
(Recess from 1:48 p.m. to 1:53 p.m.)
MR. KOVACEV: We are back on the record. What was the question that was pending? I think it's, on the third page of the exhibit, is that your signature. I think that's what it was.
(The reporter read back the last question.)
BY MR. KOVACEV:
Q Can you answer the question that we left off at?
A It doesn't look like my signature. I can't recognize it.
Q Are you the managing partner of Kaleb Realty?
MR. GIBBS: I'm going to direct him not to answer that question.
BY MR. KOVACEV:
Q Did you ever participate in a transaction involving assignment of a mortgage on 25 Raymond Drive, Narragansett?
MR. GIBBS: I'm going to direct him not to

Page 44

answer that question.
A I agree.
BY MR. KOVACEV:
Q If you could turn to the page with the Bates number ending in 012, the title is "Kaleb Realty Partnership Agreement," and then it continues through to 014. Let's take a look at that.
A Yeah.
Q The document that's entitled "Kaleb Realty Partnership Agreement" -- do you recognize that document?
A No.
Q You've never seen it before?
A No.
Q If you look at the page with the Bates number ending in 014 --
A Uh-huh. (Indicates affirmatively.)
Q -- there's a signature line there for V. M. Rose?
A Yes.
Q Is that your signature?
A Yes.
Q And the next line is Rose Family Trust --
MR. GIBBS: Just for the record, that's a copy of a signature, at least on mine. It's not an original. I mean, he's testified that it's a copy

of his signature, not his signature, I think is a fair statement.
MR. KOVACEV: You mean that's a copy of an original document?
MR. GIBBS: It could have been on anything, is the point.
MR. KOVACEV: Are you representing that that's the case or is that just --
MR. GIBBS: I'm just saying that he's not looking -- that what he's looking at is not an original signature.
BY MR. KOVACEV:
Q And looking at the next line, where it says "Rose Family Trust by V. M. Rose Trustee," does that appear to be your signature?
MR. GIBBS: I object to the form of the question. It's a copy of a signature.
A Yes, I agree.
BY MR. KOVACEV:
Q You agree that it's a copy of your signature?
A I agree.
Q Then the line "J. V. Rose" -- there's a signature there. Do you recognize that as the signature of Jeffrey Rose?
A No.



Q Or a copy of his signature?
A I don't know.
Q Are you trustee of the Rose Family Trust?
A Yes.
Q When was the Rose Family Trust formed?
A That was two years ago.
THE WITNESS: Wasn't it, hon?
MR. GIBBS: Well, if you can remember, tell him. If you can't, tell him.
A I'm not sure when it was done.
BY MR. KOVACEV:
Q Okay. Was it in existence in September 1992?
A No.
Q Were you a trustee of any trusts that were in existence in the September 1992 time frame?
A I don't recall any of it.
Q Do you remember forming any partnerships as a trustee of any trust including the Rose Family Trust?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Does Kaleb Realty have a bank account?
MR. GIBBS: I'm going to direct him not to answer that question.



A I agree.
BY MR. KOVACEV:
Q Has Kaleb Realty ever loaned money to anybody for anything?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Has Kaleb Realty ever issued a promissory note or granted a promissory note to anybody?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q If you look at the next document, starting at 015 and ending at 017, do you recognize this document?
A No, I don't recognize it.
Q Have you ever loaned $52,000 or an amount close to $52,000 to Jeffrey Rose?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q If you look on Page 017, the last page of this exhibit, there's a signature line, "Nomar Realty Trust,"



and then there's a signature. Is that -- do you recognize that to be Jeffrey Rose's signature?
A No.
Q Is that your handwriting?
A No.
Q Do you recognize whose handwriting it is?
MR. GIBBS: If you do, answer the question. But if you don't --
A I have to say I don't.
BY MR. KOVACEV:
Q Now, if you look over on the left side on 017, there's an "In presence of," and then there's a "Witness," and someone signed it. It looks like a Jan Sampton. Do you know anyone named Jan or John Sampton?
A No.
Q Have you ever loaned money to an entity called "Nomar Realty Trust"?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Have you ever heard of an entity called "Fiduciary Trust Services"?
A I can't recall.
Q How about "National Investment Counselor" or

"National Investment Counseling" or "NIC"?
A Those belong to Jeff. I have nothing to do with it.
MR. GIBBS: No, no. The question is, have you ever heard of it. Have you ever heard of it?
A Yes.
BY MR. KOVACEV:
Q Okay. How have you heard of it?
MR. GIBBS: I'm going to direct him not to answer that question.
BY MR. KOVACEV:
Q Brownell Realty?
A Yes.
Q What is Brownell Realty?
MR. GIBBS: What was the question? "Have you heard of it," when you say --
BY MR. KOVACEV:
Q Have you heard of Brownell Realty? Let's make that clear.
A It's my corporation.
MR. GIBBS: No. Have you heard of it?
A Yes.
BY MR. KOVACEV:
Q Okay. How have you heard of it?
MR. GIBBS: I'm going to direct him not to



answer that question.
BY MR. KOVACEV:
Q Mark as Exhibit 22 a multi-page document, starting at Bates Number USA 0014 and ending at 0042.
This will be Exhibit Number 22, if you just take a look. And I'll represent to you that this is a compilation of records taken from the Narragansett record, city -- town clerk records.
MR. MARUSAK: Rob?
MR. KOVACEV: Yes.
MR. MARUSAK: Are these documents that you produced to me already?
MR. KOVACEV: Yeah.
MR. MARUSAK: Okay. Can you give me a second while I try to dig them out?
MR. KOVACEV: Sure.
MR. MARUSAK: You said 0014 to 0042?
MR. KOVACEV: Yeah. It's the title search stuff.
MR. MARUSAK: Thank you. Yeah.
(Pause.)
Okay. Rob, is that the Statutory Form of Foreclosure Deed?
MR. KOVACEV: That's the first page, yes.
MR. MARUSAK: Okay. Great. I'm all set.



Thanks.
MR. KOVACEV: Okay. Mr. Rose is looking at it right now.
BY MR. KOVACEV:
Q Have you had a chance to look through everything?
A I glanced through it.
Q I direct your attention to the page with the Bates number ending in 0018. It's the fifth page in on the exhibit. That's it; that's the one. On the top it says "Mortgage Deed"?
A (Indicates affirmatively.)
Q Have you ever seen this page, the document on this page, before?
A No.
Q Are you aware of a mortgage that was placed on property at 25 Raymond Drive, Narragansett, that was granted to Kaleb Realty by Nomar Realty Trust?
MR. GIBBS: I'm going to direct him not to answer the question.
A I agree.
BY MR. KOVACEV:
Q Were you involved in any transaction on or about April 15th, 1993, with respect to a mortgage on the property at 25 Raymond Drive, Narragansett?



MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q To your knowledge, did any money change hands as a result of any transaction on or about April 15th, 1993, in connection with a mortgage that is represented on the page with Bates Number 0018?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q In the signature section at the bottom of that page, Page 0018, there's a "Nomar Realty Trust" and "by" and then there's a signature. Is that Jeffrey Rose's signature?
A I don't know.
Q If you could go back to page -- ending in 0034. It's pretty far -- it's farther back in the stack. And it's a Page 0034 and 0035. It starts with "Tax Deed."
Have you ever seen this document before?
A No.
Q To your knowledge, did JEV Financial Corporation ever purchase a tax deed on property at 25 Raymond Drive, Narragansett?

MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q To your knowledge, did JEV Financial Corporation participate in any transaction at all with respect to 25 Raymond Drive, Narragansett?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Are you aware of any foreclosure proceedings that have ever taken place with respect to 25 Raymond Drive, Narragansett?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Turn to the page with Bates number ending in 0041, the second-to-the-last page. Do you recognize the document that's on this page?
A No.
Q If you look under "Kaleb Realty," there's a signature line; is that your signature?
A I'm not sure if that is or not.



Q To your knowledge, has anyone ever signed your name to any documents?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Have you ever given anyone permission to sign your name to any documents?
MR. GIBBS: I'm going to direct him to not answer that question.
A I agree.
BY MR. KOVACEV:
Q To your knowledge, has Jeffrey Rose ever signed your name to any documents?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Was there an assignment of a mortgage to Raymond 25 Associates, LLC, on or about July 25th, 2005?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Have you ever appeared in front of Attorney



Sheehan to sign any documents with him as notary?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Turn to the next page, Page 0042. Let's take a look at this. There's a reference in the first paragraph there to Borland Realty, Inc., C/O Vic Rose, 56 Brownell Street, Warren, Rhode Island, then the zip code.
First off, 56 Brownell Street in Warren -- does that property have any connection to you?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Do you ever receive mail or other correspondence in the name of Borland Realty?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q How about in the name of Kaleb Realty?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.



BY MR. KOVACEV:
Q Was there a redemption of property at 25 Raymond Drive, Narragansett, by Borland Realty from JEV Financial, on or about June 30th, 2006?
MR. GIBBS: I'm going to direct him not to answer that question.
A I agree.
BY MR. KOVACEV:
Q Mr. Rose, do you live at 5625 Ashton Lake Drive?
A Yes.
Q It's Building 11, in Sarasota, Florida?
A Yes.
Q Do you have an address in Rhode Island as well?
A Yes.
Q What is it?
A 56 Brownell Street.
Q And what town is that in?
A That's Bristol, Rhode Island -- well, it's actually -- well, it's Bristol, Rhode Island. The county is Bristol -- I think that's what it is. I'm not sure.
Q Do you live in Rhode Island for half the year, more or less?
A Seven, six; six, seven, depending.
Q Okay. And then you live in Sarasota for the