# AGREEMENT

THIS AGREEMENT made and executed this 25th day of July, 2005, by and between KALEB REALTY, a Rhode Island general partnership with principal offices located at PO Box 1491, Providence, RI 02903, hereinafter referred to as the "Assignor" and RAYMOND 25 ASSOCIATES, LLC, a Rhode Island limited liability company with offices located c/o Harold T. Panciera, 23 Acorn Street, Providence, RI 02903, hereinafter referred to as the "Assignee".

## WITNESSETH:

WHEREAS, the Assignor is a Rhode Island general partnership, hereinafter referred to as the "Partnership", and was created on 2nd day of September, 1992, a copy of said partnership agreement being attached hereto as Exhibit A; and

WHEREAS, the Partnership is the present holder of a certain note and mortgage in the original principal sum of Fifty Two Thousand ($52,000.00) Dollars, dated April 15, 1993, from Nomar Realty Trust hereinafter referred to as the "Note" and "Mortgage", said Mortgage being a first lien on certain premises situated at 25 Raymond Drive, Narragansett, Rhode Island, hereinafter referred to as the "Premises", presently owned by Borland Realty, Inc., by deed dated March 3, 2000, a copy of said deed being attached hereto as Exhibit B, hereinafter referred to as ""Borland", and being further described as Lot 14 on Plat NQ 44 of the Tax Assessor's Records of the Town of Narragansett, Rhode Island, a copy of said Note and Mortgage being attached hereto as Exhibit C and D; and

WHEREAS, Assignee is a Rhode Island limited liability company created on ______________________, 2005 for the purposed of acquiring the interest of the Assignor in and to the Note and Mortgage.

WHEREAS, the Assignor will assign to the Assignee and the Assignee will acquire the interest of the Assignor in and to the Note and Mortgage, under certain terms and conditions.

NOW THEREFORE, in consideration of the mutual promises and covenants contained herein in, the Parties represent and agree as follows:

1. The Assignor represents and certifies that the current balance of said mortgage, including principal, interest and late fees is $ 398,987.55, as more fully set forth on the accounting schedule attached hereto as Exhibit E; and

GOVERNMENT EXHIBIT E

DEPOSITION EXHIBIT

2. The Assignor represents that it is the present holder of the mortgage, that there have been no previous assignments of said Note and Mortgage by the Assignor and that the Mortgage is a first lien against the Premises, the validity of which has not been disputed by any person or entity; and

3. The Assignor certifies that the Partnership is presently in good standing and that the sole general partners are listed in Exhibit A.

4. Based on the representations contained herein made by the Assignor and in reliance thereon, the Assignee will pay to the Assignor the sum of Two Hundred Fifty Thousand ($250,000.00) Dollars for the Assignor's interest in and to the Note and Mortgage, under the following terms and conditions:

A. Verification of the representations made by the Assignor herein.
B. Assignment of the Note and Mortgage to the Assignee.
C. Completion of the foreclosure proceedings against the Premises by the Assignee.
D. Acquisition of the security by the Assignee after foreclosure.
E. Election by the Internal Revenue Service not to redeem the Premises during the applicable period provided by statute.

5. Upon assignment by the Assignor to the Assignee, the Assignee will proceed forthwith to foreclose the mortgage against the interest of Borland in the Premises. The cost and expenses related thereto shall be paid by the Assignee.

6. Full payment shall be made to the assignor within five (5) days after the expiration of one hundred twenty (120) days from the date of foreclosure by the Assignee, by bank or certified check payable to the order of the Assignor.

7. In the event the Internal Revenue Service or any other Federal, State or other entity intervenes and challenges any aspect of the foreclosure or the validity of the Note and/or Mortgage, at the option of the Assignee this agreement may be terminated and all obligations of either party shall cease.

8. Upon assignment by the Assignor to the Assignee as set forth in 4(B) herein, the Assignee will simultaneously assign to the Assignor all membership interests in and to said assignee company, which has been created for the sole purpose of acquiring the interest of the Assignor in and to said

mortgage, to be held by the assignor as security for the full and faithful performance of the payment of the purchase price by the Assignee as provided for herein.

IN WITNESS WHEREOF, the Parties have set their hands and seals hereto the day and date first written above.

ASSIGNOR
KALEB REALTY,
A Rhode Island general partnership

By: V M Rose Managing Partner
V. M. Rose, managing partner
The above being the authorized signing managing partner of Kaleb Realty.

ASSIGNEE:
RAYMOND 25 ASSOCIATES, LLC

By: ____________________
Harold T. Panciera, Managing Member