Page 1 of 1

**Hal Panciera**

**From:** "Harold Panciera" <htp319@msn.com>
**Date:** Thursday, July 21, 2005 2:22 PM
**To:** <jtsheehan@aol.com>
**Subject:** Re: (no subject)

John,

It appears to reflect our agreement with Rose. Let's move forward.

Harold
Harold T. Panciera, Jr., CMC

Phoenix Financial Services LLC
23 Acorn Street, Suite 203
Providence, Rhode Island 02903
(401) 831-1010 Ext. - 13 Fax (401) 453-4793

WWW.PHOENIX-FINANCIAL.COM

HAL@PHOENIX-FINANCIAL.COM

----- Original Message -----
**From:** jtsheehan@aol.com
**To:** htp319@msn.com
**Sent:** Thursday, July 21, 2005 11:13 AM
**Subject:** Fwd: (no subject)

HL - ENCLOSED IS THE DREAT FOR NARRAGANSETT - PLEASE GIVE ME YOUR COMMENTS
John Sheehan

-----Original Message-----
From: JTSheehan
To: htp319@msn.com
Sent: Thu, 14 Jul 2005 20:36:39 -0400
Subject: Fwd: (no subject)

Do I do good work or what. As you can see, no cash to Seller until the deal is done. What a great lawyer I am!!!!

John Sheehan

-----Original Message-----
From: STANDISH9
To: JTSheehan
Sent: Thu, 14 Jul 2005 4:15:28 PM Eastern Daylight Time
Subject: Re: (no subject)

all is fine
with agreement
if you can provide copies of what the paper work you'd like to see looks like
i will get to you
jeff

GOVERNMENT EXHIBIT
F

DEPOSITION EXHIBIT
Gov. 6
3-11-08 Panciera

3/10/2008

3/10/2008