E

BOOK 485 PAGE 690

97487

QUIT-CLAIM DEED

NOMAR REALTY TRUST, for consideration paid, grants to **BORLAND REALTY INC.**, of Rhode Island, all of its right title and interest into the following parcel of land with all improvements thereon with **QUIT-CLAIM COVENANTS;**

That certain lot or parcel of land, together with all buildings and improvements thereon, situated on the southerly side of Chapin Road in the Town of Narragansett, County of Washington, State of Rhode Island, said real estate being laid out and designated as Lot No. 14 (fourteen) on that certain recorded plat entitled "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchon et ux Dorothy L. - Owner Scale: 1" = 50' J. A. Johnson, Surveyor Dec. 1969. Drainage revisions, May 1971, A. J. Easterbrooks, C. E.".

Said premises are subject to the restrictions of record.

This conveyance is such that no tax stamps are required.

This transfer is not subject to the withholding provision of RIGL section 44-30-71.3 and is compliant with RIGL 23-29-3.

Witness this 3rd day of March 2000.

Normar Realty Trust

J Rose Trustee

State of Rhode Island
County of Providence

In Providence on the 3rd day of March 2000, before me personally appeared J. Rose Trustee of Normar Realty Trust, to me known and known by me to be the party executing the foregoing instrument, and they acknowledged said instrument, by them executed, to be their free act and deed and that of said Trust.

Notary Public.
My Commission Expires.

RECEIVED FOR RECORD
ON 5-9-2002 AT 3:45 PM
WITNESS: MARY M. BECK CMC/AAE
NARRAGANSETT TOWN CLERK