# H

22926

8346

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**

BOOK 608 PAGE 81

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #1
Lien Unit Phone: (617) 316-2575

Serial Number 199737304

For Optional Use by Recording Office

RECEIVED FOR RECORD
ON 11-15-04 AT 10:18 AM
WITNESS: CAROL ROBBINS, CMC
NARRAGANSETT TOWN CLERK

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer JEFFREY ROSE , Nominee of

Residence P.O BOX 41166
PROVIDENCE, RI 02940

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1993 | 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 | 11/03/2004 | 12/03/2014 | 27498.00 |
| 1040 | 12/31/1994 | 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 | 11/03/2004 | 12/03/2014 | 149236.00 |
| 1040 | 12/31/1995 | 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 | 11/03/2004 | 12/03/2014 | 85767.00 |
| 1040 | 12/31/1996 | 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 | 11/03/2004 | 12/03/2014 | 231018.00 |
| 1040 | 12/31/1997 | 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 | 11/03/2004 | 12/03/2014 | 216442.00 |

Place of Filing
TOWN CLERK
NARRAGANSETT TOWN HALL
NARRAGANSETT, RI 02882

Total $ 709961.00

This notice was prepared and signed at BOSTON, MA , on this,

the 08th day of November, 2004

Signature for CHRISTOPHER J. RAY

Title
REVENUE OFFICER 21-07-3405
(401) 826-4702

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X