# J

33532 BOOK 657 PAGE 935

ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that KALEB REALTY, a Rhode Island general partnership, the holder of a certain mortgage from NOMAR REALTY TRUST with offices located at PO Box 1491, Providence, RI 02903 in the original principal sum of Fifty Two Thousand ($52,000.00) Dollars, dated April 15, 1993, and recorded in Vol. 293 at Page 692 of the Land Evidence Records of the Town of Narragansett, Rhode Island, secured by property situated at 25 Raymond Drive, for the sum of Ten ($10.00) Dollars and other good and sufficient consideration the receipt whereof is hereby acknowledged, does hereby irrevocably assign and transfer said mortgage to RAYMOND 25 ASSOCIATES, LLC, a Rhode Island limited liability company with offices located at 23 Acorn Street, Providence, RI 02903. Said assignment authorizes the payments of any and all sums due thereunder, whether monthly or otherwise, to the said RAYMOND 25 ASSOCIATES, LLC until such time as all sums of principal and interest and all related costs of collection as provided for therein are paid.

WITNESS it's hand and seal this 25 day of July, 2005

KALEB REALTY

By: V M Rose Managing Partner

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

In Providence on this the 25th day of July, 2005, then personally appeared before me the above named V.M. Rose, general partner of Kaleb Realty, a Rhode Island general partnership, and he acknowledged the same by him executed to be his free act and deed and the free act and deed of Kaleb Realty.

Notary Public
Commission Expires 7/1/09

JOHN T. SHEEHAN JR.
34 BAYSIDE AVE
NEWPORT, RI 02840

RECEIVED FOR RECORD
ON 6-20-06 AT 10:34 Am
WITNESS: CAROL ROBBINS, CMC
NARRAGANSETT TOWN CLERK