# L-2

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PATERNAL RESEARCH SERVICE
ANDOVER MA
05501

COMPLETE THIS SECTION ON DELIVERY

A. Signature DEC 27 2004 X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED NO ANDOVER / NORTH READING, MA 01810

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1160 0002 9218 9546

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ANDOVER, MA 05501

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0843 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: G30ZB0 |
| Total Postage & Fees | $ 4.42 | 12/22/05 |

NEWPORT RI BROADWAY STA DEC 22 2005 USPS

Sent To PRS
Street, Apt. No.; or PO Box No. Andover MA
City, State, ZIP+4 05501

PS Form 3800, June 2002 See Reverse for Instructions

7005 1160 0002 9218 9546