# M

# AFFIDAVIT

I, John T. Sheehan, Jr., upon oath do depose and aver:

1. That I am a practicing attorney licensed by the State of Rhode Island with offices located at 34 Bayside Avenue, Newport, Rhode Island.

2. That I conducted a foreclosure auction against certain real estate premises designated as 25 Raymond Drive, Narragansett, Rhode Island on January 19, 2006 pursuant to the statutory provisions of the Rhode Island general laws.

3. Pursuant to the statutory provisions, notice was sent to:

   A. Internal Revenue Service
   B. Nomar Realty Trust
   C. JEV Financial Corp..
   D. Borland Realty, Inc
   E. Kaleb Realty

4. All notices sent were sent certified mail return receipt requested and were claimed and received by the persons or entities to which they were addressed.

5. That appropriate affidavits of notice have been affixed to the mortgagee's deed of conveyance recorded subsequent to the foreclosure sale.

6. No party in interest has contacted the office since the foreclosure sale.

John T. Sheehan, Jr.

Subscribed and sworn before me this 28th day of June, 2006.

Richard H. James
Notary Public exp. 6/09