# P

33320

BOOK 658 PAGE 905

# CONFIRMATORY STATUTORY FORM OF FORECLOSURE DEED UNDER POWER OF SALE IN MORTGAGE

KNOW ALL MEN BY THESE PRESENTS THAT RAYMOND 25 ASSOCIATES, LLC, a Rhode Island limited liability company, the holder of a certain mortgage given by NOMAR REALTY TRUST of Providence Rhode Island and dated April 15, 1993 and recorded in Volume 293 at Page 692 of the Land Evidence Records of the Town of Narragansett, County of Washington, State of Rhode Island, by the power conferred by said mortgage and by every other power it thereunto enabling, for $300,000.00 paid, grants to RAYMOND 25 ASSOCIATES, LLC, c/o Harold T. Panciera, Jr. a Rhode Island limited liability company with principal offices located at 23 Acorn Street Providence, Rhode Island 02903, the premises conveyed by said mortgage, viz:

That certain lot or parcel of land, together with all buildings and improvements thereon situated, located in the Town of Narragansett, County of Washington, State of Rhode Island, said real estate being laid out and designated as Lot No. 14 (fourteen) on that certain recorded plat entitled "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchin et ux Dorothy L. – Owner Scale 1" = 50' J. A. Johnson, Surveyor Dec 1969. "Drainage revisions, May 1971, A. J. Easterbrooks, C. E.

For a minute and particular description of the premises herein described, reference is hereby made to the recorded plat of record which is recorded in the Town Clerk's records of the Town of Narragansett, R.I. in Plat Book 6 at Page 102 and said recorded plat is made a part hereof.

This deed is being recorded to confirm and convey any and all rights resting in mortgage holder pursuant to the redemption of tax sale deed recorded immediately hereto

THE TRANSFER OF TE ABOVE DESCRIBED PREMISES WAS THE RESULT OF A FORCLOSURE AND THERE WERE NO NET PROCEEDS SUBJECT TO THE WITHHOLDING PROVISIONS OF RIGLI 44-30-71.3. NO STAMPS REQUIRED .

IN WITNESS WHEREOF; the undersigned has caused these presents to be executed this 28th day of June, 2006.

RYAMOND 25 ASSOCIATES, LLC.

By: ______________________________
Harold T. Panciera, Jr.

STATE OR RHODE ISLAND
COUNTY OF PROVIDENCE

In Cumberland, on this 28th day of June, 2006, before me personally appeared Harold T. Panciera, Jr. Managing Member of Raymond 25 Associates, LLC to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him so executed, to be his free act and deed and the free act and deed of Raymond 25 Associates, LLC

______________________________
John T. Walsh, Jr.
Notary Public
My Commission Expires: 7/18/2006

Property Address:
25 Raymond Drive
Narragansett, RI
Plat NQ Lot 44/14

Grantee's Address
89 Central Street
Manville, RI 02838

JOHN T. WALSH, JR.
STATE OF RHODE ISLAND
- MY - COMMISSION EXPIRES JULY 18, 2009
NOTARY PUBLIC

# AFFIDAVIT OF SALE UNDER POWER OF SALE IN MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that I, Raymond 25 Associates, a Rhode Island limited liability company by Harold T. Panciera, Jr., the Manager, the holder of a certain real estate mortgage assigned to it from Kaleb Realty a Rhode Island general partnership with offices located at 55 Brownell Street, Warren, Rhode Island 02885, on solemn oath make affidavit and say that there having been a default in the performance of the conditions contained in said mortgage deed, viz: the payment of both principal and interest mentioned in said mortgage deed above referred to, the said principal and interest not having been at the time when it became payable or at any time thereafter, paid or tendered to any person authorized to receive the same, and that pursuant to the provisions of said mortgage deed and to the requirements of law. I caused to be mailed a written notice of the time and the place of the sale to the mortgagor at its last known address, by certified mail, return receipt requested, at least twenty (20) days prior to the publishing of said notice and I caused a notice to be published once a week for at least three successive weeks next preceding said sale in the Narragansett Times, a public newspaper, published in the County of Washington, to wit, on December 28, 2005, January, 4, 2006, January 11, 2006 and January 18, 2006, of which the attached Exhibit A is a true copy.

And I further depose and say that on the 19th day of January, 2006 at 2:00 o'clock p.m. on the said mortgaged premises in said Town of Narragansett, Rhode Island, pursuant to said notice and in accordance with the terms of said mortgage, the mortgagee offered the said premises for sale at public auction by Shechtman & Associates, a duly licensed auctioneer, in the City of Cranston, and that the same were then and there sold to Raymond 25 Associates, LLC, 23 Acorn Street Providence, RI 02903 for Three Hundred Thousand ($300,00.00) Dollars which amount was bid by the said Raymond 25 Associates, LLC, and was the highest bid therefore at said auction sale

WITNESS my hand and seal this 28th day of June, 2006.

RYAMOND 25 ASSOCIATES, LLC.

By: [signature]
Harold T. Panciera, Jr.

STATE OR RHODE ISLAND
COUNTY OF PROVIDENCE

In Cumberland, on this 28th day of June, 2006, before me personally appeared Harold T. Panciera, Jr. to me known and known by me to be the duly authorized Manager of Raymond 25 Associates, LLC a Rhode Island limited liability company, the party executing this instrument and he acknowledged said instrument by him so executed, to be his free act and deed and the deed of the limited liability company.

[signature]
John T. Walsh, Jr.
Notary Public
My Commission Expires: 7/18/2006

RECEIVED FOR RECORD
ON 6-30-06 AT 1:41 pm
WITNESS: CAROL ROBBINS, CMC
NARRAGANSETT TOWN CLERK