# Q

# PURCHASE AND SALE OF REAL ESTATE

KNOW ALL MEN BY THESE PRESENTS that RAYMOND 25 ASSOCIATES, LLC, a Rhode Island limited liability company with offices located at 23 Acorn Street, Providence, RI 02903, the Seller (hereinafter "Seller"), and KEITH BEAUCHAMP of Central Street, Manville, RI or his Assignee, as Buyer (hereinafter "Buyer"), hereby agree that the Seller shall sell and the Buyer shall buy the following property ("Property") upon the terms and conditions hereinafter set forth:

1. LEGAL DESCRIPTION: The Seller agrees to SELL and the Buyer to BUY, upon the price and terms below, the following Property:

| | |
|---|---|
| Property address: | 25 Raymond Drive, Narragansett, RI 02882 |
| Assessor's Ident. | #02-2388-75 NQ 00044-14 |
| Town of: | Narragansett |
| County of: | Washington |
| State of: | Rhode Island |
| Zip Code: | 02882 |

2. DATE OF AGREEMENT: The date of this Agreement shall be the date on which the Seller signs this Agreement as set forth by the Seller's signature below.

3. PURCHASE PRICE: The agreed Purchase Price for the Property is Three Hundred Thirty Thousand ($330,000.) Dollars ("Purchase Price") of which:

| | |
|---|---|
| $15,000 | Deposit. |
| $315,000 | Balance of Purchase Price |
| $330,000 | TOTAL PURCHASE PRICE |

4. PRORATIONS: Taxes, insurance, interest, rents, water, sewer and other expenses and revenue of the Property shall be pro-rated as of the date of the closing.

5. RESTRICTIONS, EASEMENTS, LIMITATIONS: Buyer shall take title subject to: (a) Zoning restrictions, prohibitions and requirements imposed by governmental authority, (b) Restrictions and matters appearing on the plat or common to the subdivision, (c) Deed restrictions and (d) Public utility easements of record.

6. DEFAULT BY BUYER: If Buyer fails to perform any of the covenants of this agreement, all money paid pursuant to this agreement by Buyer aforesaid shall be retained by or for the account of the Seller as consideration for the execution of the agreement and as agreed liquidated damages and in full settlement of any claims for damages.

7. DEFAULT BY SELLER: If the Seller fails to perform any of the covenants of this contract, the Buyer shall be entitled to the return of the deposit in full settlement of any claims for damages.

8. CLOSING DATE/PLACE: Closing is to be held on ~~May 31~~ June 26, 2006 at 10:00 a.m. at the office of the Seller or at such other time and place as may be agreed to by the parties. The balance of the Purchase Price shall be paid by cash, certified check and/or bank check. Payment of the balance of the Purchases Price and delivery of the deed shall occur at the closing. TIME IS OF THE ESSENCE! KB ТИ P

9. INSURANCE/RISK OF LOSS: Until the delivery of the deed, the Seller shall maintain insurance on the Property as is presently insured, insuring them against loss by fire or other hazards. In the case of any loss, the Seller shall pay over or assign to the Buyer upon payment of the balance of the Purchase Price all sums recovered on account of said insurance, or the Buyer may, at its option, terminate this Agreement and the Deposits shall be refunded to the Buyer, unless the Seller shall have restored the Property substantially to its former condition.

10. MAINTENANCE: Buyer agrees to purchase the Property in the "AS IS" condition as of the date of Closing. It is acknowledged by the Buyer that the Property is in a state of disrepair and that the Seller makes no representations as to the condition of the Property or any component thereof. The Buyer is purchasing the Property with full knowledge that the Property is in a state of disrepair.

11. TYPEWRITTEN OR HANDWRITTEN PROVISIONS: Typewritten or handwritten provisions inserted in this form shall control all printed provisions in conflict therewith.

12. AS IS CONDITION: The Buyers acknowledge that is buying the Property and fixtures installed therein in an "AS IS" condition.

13. WARRANTIES AND REPRESENTATIONS: This Agreement is entered into by the parties with knowledge of the value of the land and building thereon, and without reliance on any representation made as to the character or quality of the Property, both real and personal, included in this transaction, except as stated in this Agreement. The parties agree that this Agreement, together with all exhibits, contains all of the terms and condition of this sale. It is mutually agreed that any oral representations made by either party prior to the signing of the Agreement are null and void.

14. The BUYER further acknowledges that the BUYER has not been influenced to enter into this transaction nor has he relied upon any warranties or representations not set forth or incorporated in this agreement or previously made either orally or in writing. The BUYER has not relied on any representations made by the

SELLER of any kind concerning the condition of the Property or any system servicing the property, except as otherwise set forth herein. The provisions of this paragraph shall survive the closing.

15. TITLE: The Property is to be conveyed by the assignment to the Buyer of one hundred per cent of the membership interest in and to the Seller limited liability company. The Seller represents that the limited liability company was created as a one purpose entity, that being to accept title to the Property described herein and that the Seller owns no other assets. Seller will deliver an assignment of the membership interest of the Seller to the Buyer together with a title policy insuring the property for the full purchase price of $330,000.00.

16. NOTICES: All notices required or permitted to be given hereunder shall be in writing and delivered by hand or made postage prepaid by registered or certified mail, addressed to BUYERS or SELLERS, as the case may be, as follows:

To SELLER:

Harold T. Panciera, Jr.
Managing Member
23 Acorn Street
Providence, Rhode Island 02903

To BUYER:

Keith Beauchamp
89 Central Street
~~Johnston~~ Manville, Rhode Island 02838

17. ENTIRE AGREEMENT: We, the parties hereto, each declare that this instrument contains the entire agreement between us, subject to no misunderstandings, conditions or representations other than those expressly stated herein. This Agreement may not be changed, modified or amended in whole or in part except in writing, signed by all parties.

WITNESS the signatures of the parties on the date(s) set forth below.

SELLER:
RAYMOND 25 ASSOCIATES, LLC

By: [signature]
Harold T. Panciera, Jr.

Date: 5/12/06

BUYER

[signature]
Keith Beauchamp

Date: 5-11-06