**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | C.A. NO. 07-211S |
| | ) | |
| KEITH BEAUCHAMP, WAYNE BEAUCHAMP | ) | |
| and DEAN COOPERATIVE BANK | ) | |

**DEFENDANTS, KEITH BEAUCHAMP, WAYNE BEAUCHAMP AND DEAN COOPERATIVE BANK'S STATEMENT OF UNDISPUTED FACTS**

1. Defendants Keith Beauchamp and Wayne Beauchamp ("the Beauchamps") are the current owners of property identified as 25 Raymond Street, in Narragansett, Rhode Island (hereinafter, "the Property"). **Exhibit A, Tax Assessors Record.**

2. Dean Cooperative Bank ("Dean") is the holder of a commercial mortgage granted by Keith Beauchamp and Wayne Beauchamp, dated June 28, 2006 and recorded on June 20, 2006 in the Land Evidence Records of the Town of Narragansett in Book 658 Page 911, in the amount of three hundred forty-four thousand dollars ($344,000). **Exhibit B, Dean-Beauchamp Mortgage.**

3. By quitclaim deed dated December 30, 1988 and recorded in the Land Evidence Records of the Town of Narragansett on January 25, 1989 in Book 231 Page 924, Nomar Realty Trust ("Nomar") took title to the property from Mirror Enterprises, Inc. **Exhibit C, Mirror-Nomar Deed.**

4. To secure a promissory note, with interest accruing at 16.75% per annum, Nomar Realty Trust granted a mortgage on the Property to Kaleb Realty, RIGP ("Kaleb") in the face amount of fifty-two thousand dollars ($52,000.00) by mortgage deed dated April 15, 1993 and recorded in the Land Evidence Records

of the Town of Narragansett on April 28, 1993 in Book 293 Page 692. **<u>Exhibit D-1</u>, Kaleb-Nomar Note; <u>Exhibit D-2</u>, Kaleb-Nomar Mortgage.**

5. A quitclaim deed describing the premises dated March 3, 2000 was recorded in the Land Evidence Records of the Town of Narragansett on May 9, 2002 in Book 485 Page 690, with Nomar Realty Trust as the grantor and to Borland Realty, Inc., ("Borland"), as grantee. **<u>Exhibit E</u>, Nomar-Borland Deed.**

6. The Internal Revenue Service filed a Notice of Federal Tax Lien in the Land Evidence Records of the Town of Narragansett, dated November 5, 2004 and recorded November 9, 2004 in Book 607 Page 797, against "Borland Realty, Inc. As Nominee, Alter Ego, or Transferee of Jeffrey Rose", claiming an unpaid balance of assessment of seven-hundred nine thousand nine-hundred sixty one dollars ($709,961.00) for the tax years of 1993 through 1997. **<u>Exhibit F</u>, Tax Lien; Book 607, Page 797.**

7. The Internal Revenue Service filed a Notice of Federal Tax Lien in the Land Evidence Records of the Town of Narragansett, dated November 5, 2004 and recorded November 9, 2004 in Book 607 Page 798, against "Jeffrey Rose", claiming an unpaid balance of assessment of seven-hundred nine thousand nine-hundred sixty one dollars ($709,961.00) for the tax years of 1993 through 1997. **<u>Exhibit G</u>, Tax Lien; Book 607, Page 798.**

8. The Internal Revenue Service filed a Notice of Federal Tax Lien in the Land Evidence Records of the Town of Narragansett, dated November 5, 2004 and recorded November 9, 2004 in Book 608 Page 81, against "Jeffrey Rose, Nominee of...", claiming an unpaid balance of assessment of seven-hundred nine

thousand nine-hundred sixty one dollars ($709,961.00) for the tax years of 1993 through 1997. **Exhibit H, Tax Lien; Book 608, Page 81.**

9. The Internal Revenue Service filed a Notice of Federal Tax Lien in the Land Evidence Records of the Town of Narragansett, dated November 5, 2004 and recorded November 9, 2004 in Book 608 Page 82, against "Borland Realty, Inc. As Nominee, Alter Ego, or Transferee of Jeffrey Rose", claiming an unpaid balance of assessment of seven-hundred nine thousand nine-hundred sixty one dollars ($709,961.00) for the tax years of 1993 through 1997. **Exhibit I, Tax Lien; Book 608, Page 82.**

10. No Federal Tax Liens were filed naming either the mortgagor, Nomar, or the record mortgagee, Kaleb, whose mortgage of record pre-dated the Borland conveyance.

11. By assignment dated July 25, 2005 and recorded in the Land Evidence Records of the Town of Narragansett on June 20, 2006 in Book 657 Page 935 Kaleb Realty assigned the mortgage held by it from Nomar Realty Partnership, recorded in Book 293 Page 692, to Raymond 25 Associates, LLC ("Raymond"). **Exhibit J, Kaleb-Raymond Assignment.**

12. On December 2, 2005, counsel for Raymond 25 Associates, LLC gave notice to the Internal Revenue Service, pursuant to Rhode Island law 26 U.S.C. 7425(c)(1), via certified mail, return receipt requested, at its district and local offices in Andover, Massachusetts and Warwick, Rhode Island of its intention to foreclose upon the Nomar/Kaleb mortgage. **Exhibit K, Notice; Exhibits L-1 and L-2, Return Receipts.**

13. Although these notices were received by the IRS, the IRS never contacted the foreclosing assignee, never responded and never objected to the notice of foreclosure. **Exhibit M, Affidavit of John T. Sheehan, Jr., Esq.**

14. Raymond 25 Associates, LLC foreclosed on the mortgage given by Nomar and assigned to it by Kaleb Realty on January 19, 2006 as advertised and took title to the Property by foreclosure deed, dated April 10, 2006, and duly recorded in the Land Evidence Records of the Town of Narragansett on April 18, 2006 in Book 652 Page 747. **Exhibit N, Foreclosure Deed.**

15. According to a statement produced prior to sale, although the face amount of the Kaleb mortgage was $52,000.00, upon application of interest from May 1993 until the date of notice of foreclosure in December 2005, the total amount due was $427,621.85. **Exhibit O, Amortization Schedule.**

16. A confirmatory foreclosure deed dated June 28, 2006 was recorded in the Land Evidence Records of the Town of Narragansett in Book 658 Page 905 on June 30, 2006. **Exhibit P, Confirmatory Foreclosure Deed.**

17. On or about May 12, 2006, Raymond 25 Associates, LLC and Keith Beauchamp entered into a purchase and sale agreement for the Property. **Exhibit Q, Purchase and Sale Agreement.**

18. The purchase and sale agreement provided, *inter alia*, the legal description of the property and that the purchase price was to be three-hundred thirty thousand dollars ($330,000.00). **Exhibit Q.**

19. Defendants Keith Beauchamp and Wayne Beauchamp took title to the Property from Raymond 25 Associates, LLC, by quitclaim deed dated June 28, 2006 and

recorded on June 30, 2006 in the Land Evidence Records of the Town of Narragansett in Book 658 Page 909. **Exhibit R, Quitclaim Deed.**

20. Said conveyance occurred more than 120 days after the foreclosure sale of January 19, 2006. **Exhibit R.**

21. The conveyance from Raymond 25 Associates, LLC to Keith and Wayne Beauchamp was supported by adequate consideration in the amount of $330,000.00, and a conveyance tax of one thousand three hundred twenty dollars ($1,320.00) was assessed by the Town of Narragansett on the purchase. **Exhibit R; Exhibit S, HUD-1 Form, line 1203.**

22. The United States of America commenced this action seeking to foreclose its tax liens against the interests of Jeffrey Rose and Borland Realty, and has asserted, *inter alia*, that the IRS liens survived the foreclosure of the mortgage held by Raymond 25 Associates LLC, on assignment from Kaleb Realty, and that the tax liens hold priority over the purchase-money security interest held by Dean Cooperative Bank. **See, Plaintiff's Complaint; Plaintiff's Rule 16(c) Statement.**

23. The Plaintiff does not allege that Keith Beauchamp, Wayne Beauchamp or Dean Cooperative Bank participated in or were party to any of the activities described in paragraphs 3, 4, 5, and 11, stated above. **See, Plaintiff's Complaint; Plaintiff's Rule 16(c) Statement.**

Respectfully submitted,
Defendants Keith Beauchamp, Wayne Beauchamp and Dean Cooperative Bank
By their Attorneys,

/S/ JAMES P. MARUSAK
___________________________

JAMES P. MARUSAK
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
401-274-6644
fax: 401-331-9304
jpm@gsm-law.com

CERTIFICATION

I hereby certify that on the _____ day of ______ 2008, a true copy of the foregoing document was served upon each attorney of record, or pro se litigant, listed below by electronic filing of this document with the US District Court for the District of Rhode Island.

Robert J. Kovacev, Trial Attorney
US Department of Justice – Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044
RobertJ.Kovacev@usdoj.gov

/S/ James P. Marusak