# A

# 25 RAYMOND DRIVE



Click to enlarge

| | |
|---|---|
| **MBLU :** | N/Q 44/ 14/ / / |
| **Location:** | 25 RAYMOND DRIVE |
| **Owner Name:** | BEAUCHAMP, KEITH & WAYNE |
| **Account Number:** | 02107195 |

**Search for Similar Sale Properties**

## Parcel Value

| Item | Assessed Value |
|---|---|
| Improvements | 278,100 |
| Land | 196,700 |
| **Total:** | **474,800** |

## Owner of Record

BEAUCHAMP, KEITH & WAYNE
89 CENTRAL STREET
MANVILLE, RI 02838

## Ownership History

| Owner Name | Book/Page | Sale Date | Sale Price |
|---|---|---|---|
| BEAUCHAMP, KEITH & WAYNE | 658/ 909 | 6/30/2006 | 33( |
| RAYMOND 25 ASSOCIATES, LLC | 658/ 905 | 6/30/2006 | 30( |
| BORLAND REALTY INC | 658/ 791 | 6/30/2006 | 2 |
| RAYMOND 25 ASSOCIATES, LLC | 652/ 749 | 4/18/2006 | |
| RAYMOND 25 ASSOCIATES, LLC | 652/ 747 | 4/18/2006 | 30( |

## Land Line Valuation

| Size | Zone | Assessed Value |
|---|---|---|
| 0.37 AC | R-80 | 196,700 |

## Construction Detail

| Item | Value |
|---|---|
| **STYLE** | Ranch |
| **MODEL** | Residential |
| **Grade:** | Good |

| | |
|---|---|
| **Stories:** | 1 Story |
| **Occupancy** | 1 |
| **Exterior Wall 1** | Pre-Fab Wood |
| **Roof Structure:** | Gable/Hip |
| **Roof Cover** | Asph/F Gls/Cmp |
| **Interior Wall 1** | Drywall/Sheet |
| **Heat Fuel** | Electric |
| **Heat Type:** | Electr Basebrd |
| **AC Type:** | None |
| **Total Bedrooms:** | 03 |
| **Total Bthrms:** | 2 |
| **Total Half Baths:** | 0 |
| **Total Rooms:** | 5 |

## Building Valuation

| Item | Value |
|---|---|
| **Living Area** | 1,562 square feet |
| **Replacement Cost** | 305,844 |
| **Year Built** | 1977 |
| **Depreciation** | 10% |
| **Replacement Cost Less Depreciation** | 275,300 |

## Outbuildings (click here for a list of codes and descriptions)

| Code | Description | Units |
|---|---|---|
| SHD1 | SHED FRAME | 80 S.F. |

## Extra Features (click here for a list of codes and descriptions)

| Code | Description | Units |
|---|---|---|
| FPL1 | FIREPLACE 1 ST | 1 UNITS |

## Building Sketch (click here for a list of codes and descriptions)




## Subarea Summary **(click here for a list of codes and descriptions)**

| Code | Description | Gross Area | Living Area |
|---|---|---|---|
| BAS | First Floor | 1562 | 1562 |
| FOP | Porch, Open, Finished | 138 | 0 |
| UBM | Basement, Unfinished | 1562 | 0 |
| WDK | Deck, Wood | 66 | 0 |
| | **Total** | 3328 | 1562 |

Online Database for Narragansett, RI Powered by **Vision Appraisal Technology**