# C

BOOK 231 PAGE 924 7536

Mirror Enterprises Inc.
of Rhode Island
for consideration paid, grant to Noman Realty Trust

of Narragansett, RI with QUIT-CLAIM COVENANTS

(Description, and incumbrances, if any).

That certain lot or parcel of land, together with all the buildings and improvements thereon situated, located in the Town of Narragansett, County of Washington, State of Rhode Island, sadi real estate being laid out and delineated as Lot No. 14 (fourteen) on that certain recorded plat entitled " Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchon ETUX Dorothy L. - Owner Scale: 1" = 50' J. A. Johnson, Surveyor Dec. 1969, " Drainage revisions, May 1971, A. J. Easterbrooks, C.E."

For a minute and particular description of the premises herein described, reference is hereto made to the recorded plat of record which is recorded in the Town Clerk's records of the Town of Narragansett, Rhode Island in Plat Book 6 at Page 102 and said recorded plat is made a part hereof.

The consideration is such that no stamps are required.

RECEIVED FOR RECORD
On 1-25-87 AT 2:15 PM
Att: Mary M Buck
Narragansett Town Clerk

husband / wife of the grantor

release to said grantee all right of curtesy / dower and all other interest in the aforedescribed premises.

Witness their hand this 30 day of December 19 88
Mirror Enterprises Inc
by
(PRINT OR TYPE: NAME OF GRANTOR)

(PRINT OR TYPE: NAME OF GRANTOR)

*State of Rhode Island, Etc.*
COUNTY OF Providence

In Providence on the 30 day of December, 1988
before me personally appeared Mirror Enterprises Inc., and Jane Guidici President

to me known and known by me to be the parties executing the foregoing instrument, and they acknowledged said instrument, by the executed, to be the free act and deed.

of Mirror Enterprises Inc.
25 Raymond Drive
Narragansett RI 02882
(PRINT OR TYPE: NAME AND ADDRESS OF GRANTEE)

Gregory ...
NOTARY PUBLIC