# D-2

BOOK 293 PAGE 692 MORTGAGE DEED 33437

of Nomar Realty Trust

for consideration paid, grant to Kaleb Realty & RIGP

of P O Box 1491 Providence RI 02903

with MORTGAGE COVENANTS, to secure the payment of $52,000.00 Dollars

in ______ years with interest at ______ per centum, per annum, payable semi-annually ______ as provided in a certain negotiable promissory note of even date herewith.

(Description, and incumbrances, if any)

That certain lot or parcel of land, together with all the buildings and improvements thereon situated, located in the town of Narragansett, County of Washington, State of Rhode Island, said Real Estate being laid out and delineated as Lot No. 14 (fourteen) on that certain recirded plat entitled "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchin ETUX Dorothy L. - Owner scale: 1" = 50' J. A. Johnson, Surveyor Dec. 1969. "Drainage revisions, May, 1971, A. J. Easterbrooks, C. E.".

For a minute and particular description of the premises herein described, reference is hereto made to the recorded plat of record which is recorded in the Town Clerk's records of the town of Narragansett, R.I. in Plat Book 6 at Page 102 and said recorded plat is made a part hereof.

RECEIVED FOR RECORD
ON 4-28-93 AT 2:51 P.M.
WITNESS: Mary M. Beck, CMC
Narragansett Town Clerk
125

This mortgage is made upon the STATUTORY CONDITION and with the STATUTORY POWER OF SALE.

______ husband / wife of the mortgagor,

release to the mortgagee all right of curtesy / dower, and all other interest in the aforedescribed premises.

Witness our hand this 15th day of April 19 93

in presence of:

Nomar Realty Trust
(PRINT OR TYPE NAME OF MORTGAGOR)
by [signature]

(PRINT OR TYPE NAME OF MORTGAGOR)

State of Rhode Island, Etc.
COUNTY OF Providence

In Providence on the 15th day of April, 19 93

before me personally appeared A.V. Rose Trustee

to me known and known by me to be the party executing the foregoing instrument, and they acknowledged said instrument, by them executed, to be their free act and deed.

(PRINT OR TYPE NAME AND ADDRESS OF MORTGAGEE)

[signature]
My Comm. Expires 6-19-93
Notary Public