# G

BOOK 607 PAGE 798

22857

Form 668(Y)
(Rev. 10-1999)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Small Business/Self Employed Area: 01

Serial Number
199737304

For Optional Use by Recording Office

RECEIVED FOR RECORD
ON 11-9-04 AT [illegible]
WITNESS: CAP[illegible] ROBBINS, CMC
NARRAGAN[illegible] TOWN CLERK

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) Have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer
Jeffrey Rose

Residence
Po Box 41166
Providence, RI 02940

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1993 | 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 | 11/03/2004 | 12/02/2014 | $27,498.00 |
| 1040 | 12/31/1994 | 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 | 11/03/2004 | 12/02/2014 | $149,236.00 |
| 1040 | 12/31/1995 | 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 | 11/03/2004 | 12/02/2014 | $85,767.00 |
| 1040 | 12/31/1996 | 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 | 11/03/2004 | 12/02/2014 | $231,018.00 |
| 1040 | 12/31/1997 | 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 | 11/03/2004 | 12/02/2014 | $216,442.00 |

Place of Filing
Town Clerk
Narragansett Town Hall
Narragansett, RI 02882

Total $709,961.00

This notice was prepared and signed at 60 Quaker Lane, Warwick RI 02886, on this, the 5th day of November, 2004.

Signature
Christopher J. Ray, Employee # - 05-02106

Title
Revenue Officer, Phone # - (401) 826-4702

(NOTE: *Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)*

Part 1 - Recording Office