# K

***John T. Sheehan, Jr.***
***Attorney at Law***
***34 Bayside Avenue***
***Newport, Rhode Island 02840***

***Tel: 401-255-7367*** ***Fax: 401-848-5045***

December 2, 2005

Internal Revenue Service
Andover, MA 05501

Re: Mortgage of Kaleb Realty, a RIGP assigned to Raymond 25 Associates, LLC

Gentlemen:

Please be advised this office represents Raymond 25 Associates, LLC, the holder of a certain Note dated April 15, 1993 and secured by a Mortgage Deed of even date therewith, being recorded in Vol. 293 at Page 692 of the Land Evidence Records of the Town of Narragansett, Rhode Island. The original principal sum of the Mortgage Note was Fifty Two Thousand ($52,000.00) Dollars and the Mortgage Deed and Note are secured by certain property situated at 25 Raymond Drive, Narragansett, Rhode Island, designated as Plat NQ Lot 44 14 of the Tax Assessor's Records of the Town of Narragansett, Rhode Island.

The Promissory Note secured by the Mortgage Deed is currently in default as the payment has not been made pursuant to the terms thereof. You are advised that:

1. Raymond 25 Associates, LLC has instituted proceedings to foreclose the Mortgage Deed.

2. An advertisement, a copy of which is enclosed with this letter will appear in the Narragansett Times on December 28, 2005 and January 4, 11 and 18, 2006.

3. The premises described in the Mortgage Deed will be sold on the premises at public auction on January 19, 2006 at 2:00 p.m. local time on the premises located at 25 Raymond Drive, Narragansett, Rhode Island.

4. That in the event there is a deficiency resulting from said foreclosure sale, proceedings may be instituted against you for the purpose of collecting said deficiency.

Very truly yours,

John T. Sheehan Jr., Esq.
Attorney for Raymond 25 Associates, LLC

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

# FORECLOSURE NOTICE

25 Raymond Drive
Narragansett, Rhode Island

Will be sold at public auction on January 19, 2005 at 2:00 pm, local time, on the premises hereinafter described, by virtue of a power of sale contained in the Mortgage Deed made and executed by Kaleb Realty, a RIGP which Mortgage is dated April 15, 1993 and recorded in the Records of Land Evidence for the Town of Narragansett, Rhode Island in Book 293 at Page 692, the conditions of said mortgage having been broken.

All that certain lot or parcel of land with the buildings and improvements thereon situated in the Town of Narragansett, County of Washington, State of Rhode Island as more particularly designated and described in that certain Mortgage Deed recorded in Book 293 at Page 692 of the Land Evidence Records of the Town of Narragansett.

Being designated as: Plat NQ Lot 44 14 on the Tax Assessor's Records of said Town of Narragansett, with an address of 25 Raymond Drive, Narragansett, Rhode Island.

Said premises will be sold together with all buildings and improvement thereon situated, if any, and subject to any and all superior or prior restrictions and/or covenants, or mortgages of record which may constitute valid prior liens or encumbrances on the premises.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or bank or certified check and such other terms and conditions as shall be announced immediately prior to the sale.

By order of the Mortgagee which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

John T. Sheehan, Jr.
Attorney for the Holder of the Mortgage
34 Bayside Avenue
Newport, Rhode Island 02840
401-255-7367