# L-1

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0002 9218 9539**
Status:

Your item was delivered at 12:30 pm on December 23, 2005 in WARWICK, RI 02886. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details > ? Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WARWICK RI 02886

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0843 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: G30ZB0 |
| Total Postage & Fees | $ 4.42 | 12/22/05 |

7005 1160 0002 9218 9539

*Sent To* IRS
*Street, Apt. No.; or PO Box No.* 60 Quaker Ln
*City, State, ZIP+4* Warwick RI 02886

PS Form 3800, June 2002 See Reverse for Instructions