# N

# AFFIDAVIT OF SALE UNDER POWER OF SALE IN MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that I, Raymond 25 Associates, a Rhode Island limited liability company, by Harold T. Panciera, Jr., the Manager, the holder of a certain real estate mortgage assigned to it from Kaleb Realty a Rhode Island general partnership with offices located at 55 Brownell Street, Warren, Rhode Island 02885, on solemn oath make affidavit and say that there having been a default in the performance of the conditions contained in said mortgage deed, viz: the payment of both principal and interest mentioned in said mortgage deed above referred to, the said principal and interest not having been at the time when it became payable or at any time thereafter, paid or tendered to any person authorized to receive the same, and that pursuant to the provisions of said mortgage deed and to the requirements of law, I caused to be mailed a written notice of the time and the place of the sale to the mortgagor at its last known address, by certified mail, return receipt requested, at least twenty (20) days prior to the publishing of said notice and I caused a notice to be published once a week for at least three successive weeks next preceding said sale in the Narragansett Times, a public newspaper, published in the County of Washington, to wit, on December 28, 2005, January 4, 2006, January 11, 2006 and January 18, 2006, of which the attached Exhibit A is a true copy.

And I further depose and say that on the 19th day of January, 2006 at 2:00 o'clock p.m. on the said mortgaged premises in said Town of Narragansett, Rhode Island, pursuant to said notice and in accordance with the terms of said mortgage, the mortgagee offered the said premises for sale at public auction by Shechtman & Associates, a duly licensed auctioneer, in the City of Cranston, and that the same were then and there sold to Raymond 25 Associates, LLC, 23 Acorn Street, Providence, RI 02903 for Three Hundred Thousand ($300,000.00) Dollars which amount was bid by the said Raymond 25 Associates, LLC, and was the highest bid therefore at said auction sale.

WITNESS my hand and seal this 10 day of April, 2006.

RAYMOND 25 ASSOCIATES, LLC

By: [signature]

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, on this 10 day of April, 2006, before me personally appeared Harold T. Panciera, Jr., to me known and known by me to be the duly authorized Manager of Raymond 25 Associates, LLC, a Rhode Island limited liability company, the party executing this instrument and he acknowledged said instrument by him so executed, to be his free act and deed and the free act and deed of the limited liability company.

[signature]

NOTARY PUBLIC
My Commission Expires: 7/1/09
John F. Shannahan

32149 BOOK 652 PAGE 747

STATUTORY FORM OF FORECLOSURE DEED
UNDER POWER OF SALE IN MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that RAYMOND 25 ASSOCIATES, LLC, a Rhode Island limited liability company, the holder of a certain mortgage given by NOMAR REALTY TRUST of Providence, Rhode Island and dated April 15, 1993 and recorded in Volume 293 at Page 692 of the Land Evidence Records of the Town of Narragansett, County of Washington, State of Rhode Island, by the power conferred by said mortgage and by every other power it thereunto enabling, for $300,000.00.00 paid, grants to RAYMOND 25 ASSOCIATES, LLC, c/o Harold T. Panciera, Jr., a Rhode island limited liability company with principal offices located at 23 Acorn Street, Providence, Rhode Island 02903, the premises conveyed by said mortgage, viz:

That certain lot or parcel of land, together with all the buildings and improvements thereon situated, located in the Town of Narragansett, County of Washington, State of Rhode Island, said real estate being laid out and delineated as Lot No. 14 (fourteen) on that certain recorded plat entitled, "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchin, et ux, Dorothy L. - Owner Scale: 1" = 50' J. A. Johnson, Surveyor Dec. 1969. "Drainage revisions, May, 1971, A. J. Easterbrooks, C.E."

For a minute and particular description of the premises herein described, reference is hereby made to the recorded plat of record which is recorded in the Town Clerk's records of the Town of Narragansett, R.I. in Plat Book 6 at Page 102 and said recorded plat is made a part hereof.

THE TRANSFER OF THE ABOVE DESCRIBED PREMISES WAS THE RESULT OF A FORECLOSURE AND THERE WERE NO NET PROCEEDS SUBJECT TO THE WITHHOLDING PROVISIONS OF RIGL 44-30-71.3. NO STAMPS REQUIRED

~~IN~~ WITNESS WHEREOF, the undersigned has caused these presents to be executed this 10th day of April, 2006.

RAYMOND 25 ASSOCIATES

By: [signature]
HAROLD T. PANCIERA, JR.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, on this 10th day of April, 2006, before me personally appeared Harold T. Panciera, Jr., Managing Member of Raymond 25 Associates, LLC to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him so executed, to be his free act and deed and the free act and deed of Raymond 25 Associates, LLC.

NOTARY PUBLIC
My Commission Expires: 9/1/09

Property Address:

25 Raymond Drive
Narragansett, RI
Plat NQ Lot 44/14

BOOK 652 PAGE 750

AFFIDAVIT OF NOTICE

I, John T. Sheehan, Jr., first being duly sworn on oath do depose and state as follows:

1. At least twenty (20) days prior to the publication of the first advertisement, I forwarded to the Mortgagor written notice of the time and place of sale by certified mail, return receipt requested at the address of the real estate, at the address set forth in the mortgage, and as set forth with the Tax Assessor's Office of the Town of Narragansett, Rhode Island.

John T. Sheehan, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn before me this 18 day of April, 2006.

Notary Public

Sheryll D. Houston, Notary Public
My Commission Expires June 25 2009

BOOK 652 PAGE 751

EXHIBIT A

25 Raymond Drive
Narragansett, RI

# Legal Notices

TOWN OF NARRAGANSETT RHODE ISLAND

## FORECLOSURE NOTICE

25 Raymond Drive
Narragansett, Rhode Island

Will be sold at public auction on January 19, 2006 at 2:00 p.m. local time, on the premises hereinafter described, by virtue of a power of sale contained in the Mortgage Deed made and executed by Kaleb Realty, a RIGP which Mortgage is dated April 15, 1993 and recorded in the Records of Land Evidence for the Town of Narragansett, Rhode Island in Book 293 at Page 692, the conditions of said mortgage having been broken.

All that certain lot or parcel of land with the buildings and improvements thereon situated in the Town of Narragansett, County of Washington, State of Rhode Island, more particularly designated and described in said mortgage deed recorded in Book 293 at Page 692 of the Land Evidence Records of the Town of Narragansett.

Being designated as Plat NO Lot 64 14 on the Tax Assessor's Records of said Town of Narragansett, with an address of 25 Raymond Drive, Narragansett, Rhode Island.

Said premises will be sold together with all buildings and improvement thereon situated, if any, and subject to any and all superior or prior restrictions and/or covenants, or mortgages of record which may constitute valid prior liens or encumbrances on the premises.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or bank or certified check and such other terms and conditions as shall be announced immediately prior to the sale.

By order of the Mortgagee which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

John T. Sheehan, Jr.
Attorney for the Holder of the Mortgage
34 Bayside Avenue
Newport, Rhode Island 02840
401-255-7367




RECEIVED FOR RECORD
ON 6-18-06 AT 10:17
WITNESS: CAROL ROBBINS, CMC
NARRAGANSETT TOWN CLERK