# O

# Nomar Realty Trust
## Loan Amortization

| | | | |
|---|---|---|---|
| Payment | 400.00 | Amount | 52,000.00 |
| Rate | 16.75% | Term | |

Date of Loan: April 15, 1993

| Month | Year | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| | | | | | 52,000.00 |
| May | 1993 | 0 | 725.83 | (725.83) | 52,725.83 |
| June | 1993 | 0 | 735.96 | (735.96) | 53,461.80 |
| July | 1993 | 0 | 746.24 | (746.24) | 54,208.04 |
| August | 1993 | 0 | 756.65 | (756.65) | 54,964.69 |
| September | 1993 | 0 | 767.22 | (767.22) | 55,731.90 |
| October | 1993 | 0 | 777.92 | (777.92) | 56,509.83 |
| November | 1993 | 0 | 788.78 | (788.78) | 57,298.61 |
| December | 1993 | 0 | 799.79 | (799.79) | 58,098.41 |
| January | 1994 | 0 | 810.96 | (810.96) | 58,909.36 |
| February | 1994 | 0 | 822.28 | (822.28) | 59,731.64 |
| March | 1994 | 0 | 833.75 | (833.75) | 60,565.39 |
| April | 1994 | 0 | 845.39 | (845.39) | 61,410.78 |
| May | 1994 | 0 | 857.19 | (857.19) | 62,267.98 |
| June | 1994 | 0 | 869.16 | (869.16) | 63,137.13 |
| July | 1994 | 0 | 881.29 | (881.29) | 64,018.42 |
| August | 1994 | 0 | 893.59 | (893.59) | 64,912.01 |
| September | 1994 | 0 | 906.06 | (906.06) | 65,818.08 |
| October | 1994 | 0 | 918.71 | (918.71) | 66,736.79 |
| November | 1994 | 0 | 931.53 | (931.53) | 67,668.32 |
| December | 1994 | 0 | 944.54 | (944.54) | 68,612.86 |
| January | 1995 | 0 | 957.72 | (957.72) | 69,570.58 |
| February | 1995 | 0 | 971.09 | (971.09) | 70,541.67 |
| March | 1995 | 0 | 984.64 | (984.64) | 71,526.31 |
| April | 1995 | 0 | 998.39 | (998.39) | 72,524.70 |
| May | 1995 | 0 | 1,012.32 | (1,012.32) | 73,537.03 |
| June | 1995 | 0 | 1,026.45 | (1,026.45) | 74,563.48 |
| July | 1995 | 0 | 1,040.78 | (1,040.78) | 75,604.26 |
| August | 1995 | 0 | 1,055.31 | (1,055.31) | 76,659.57 |
| September | 1995 | 0 | 1,070.04 | (1,070.04) | 77,729.61 |
| October | 1995 | 0 | 1,084.98 | (1,084.98) | 78,814.59 |
| November | 1995 | 0 | 1,100.12 | (1,100.12) | 79,914.71 |
| December | 1995 | 0 | 1,115.48 | (1,115.48) | 81,030.18 |
| January | 1996 | 0 | 1,131.05 | (1,131.05) | 82,161.23 |
| February | 1996 | 0 | 1,146.83 | (1,146.83) | 83,308.06 |
| March | 1996 | 0 | 1,162.84 | (1,162.84) | 84,470.91 |
| April | 1996 | 0 | 1,179.07 | (1,179.07) | 85,649.98 |
| May | 1996 | 0 | 1,195.53 | (1,195.53) | 86,845.51 |
| June | 1996 | 0 | 1,212.22 | (1,212.22) | 88,057.73 |
| July | 1996 | 0 | 1,229.14 | (1,229.14) | 89,286.87 |
| August | 1996 | 0 | 1,246.30 | (1,246.30) | 90,533.16 |
| September | 1996 | 0 | 1,263.69 | (1,263.69) | 91,796.86 |

| | | | | | |
|---|---|---|---|---|---|
| October | 1996 | 0 | 1,281.33 | (1,281.33) | 93,078.19 |
| November | 1996 | 0 | 1,299.22 | (1,299.22) | 94,377.40 |
| December | 1996 | 0 | 1,317.35 | (1,317.35) | 95,694.75 |
| January | 1997 | 0 | 1,335.74 | (1,335.74) | 97,030.49 |
| February | 1997 | 0 | 1,354.38 | (1,354.38) | 98,384.88 |
| March | 1997 | 0 | 1,373.29 | (1,373.29) | 99,758.17 |
| April | 1997 | 0 | 1,392.46 | (1,392.46) | 101,150.62 |
| May | 1997 | 0 | 1,411.89 | (1,411.89) | 102,562.52 |
| June | 1997 | 0 | 1,431.60 | (1,431.60) | 103,994.12 |
| July | 1997 | 0 | 1,451.58 | (1,451.58) | 105,445.71 |
| August | 1997 | 0 | 1,471.85 | (1,471.85) | 106,917.55 |
| September | 1997 | 0 | 1,492.39 | (1,492.39) | 108,409.94 |
| October | 1997 | 0 | 1,513.22 | (1,513.22) | 109,923.16 |
| November | 1997 | 0 | 1,534.34 | (1,534.34) | 111,457.51 |
| December | 1997 | 0 | 1,555.76 | (1,555.76) | 113,013.27 |
| January | 1998 | 0 | 1,577.48 | (1,577.48) | 114,590.75 |
| February | 1998 | 0 | 1,599.50 | (1,599.50) | 116,190.24 |
| March | 1998 | 0 | 1,621.82 | (1,621.82) | 117,812.06 |
| April | 1998 | 0 | 1,644.46 | (1,644.46) | 119,456.52 |
| May | 1998 | 0 | 1,667.41 | (1,667.41) | 121,123.94 |
| June | 1998 | 0 | 1,690.69 | (1,690.69) | 122,814.63 |
| July | 1998 | 0 | 1,714.29 | (1,714.29) | 124,528.91 |
| August | 1998 | 0 | 1,738.22 | (1,738.22) | 126,267.13 |
| September | 1998 | 0 | 1,762.48 | (1,762.48) | 128,029.61 |
| October | 1998 | 0 | 1,787.08 | (1,787.08) | 129,816.69 |
| November | 1998 | 0 | 1,812.02 | (1,812.02) | 131,628.71 |
| December | 1998 | 0 | 1,837.32 | (1,837.32) | 133,466.03 |
| January | 1999 | 0 | 1,862.96 | (1,862.96) | 135,328.99 |
| February | 1999 | 0 | 1,888.97 | (1,888.97) | 137,217.96 |
| March | 1999 | 0 | 1,915.33 | (1,915.33) | 139,133.30 |
| April | 1999 | 0 | 1,942.07 | (1,942.07) | 141,075.36 |
| May | 1999 | 0 | 1,969.18 | (1,969.18) | 143,044.54 |
| June | 1999 | 0 | 1,996.66 | (1,996.66) | 145,041.21 |
| July | 1999 | 0 | 2,024.53 | (2,024.53) | 147,065.74 |
| August | 1999 | 0 | 2,052.79 | (2,052.79) | 149,118.53 |
| September | 1999 | 0 | 2,081.45 | (2,081.45) | 151,199.98 |
| October | 1999 | 0 | 2,110.50 | (2,110.50) | 153,310.48 |
| November | 1999 | 0 | 2,139.96 | (2,139.96) | 155,450.44 |
| December | 1999 | 0 | 2,169.83 | (2,169.83) | 157,620.26 |
| January | 2000 | 0 | 2,200.12 | (2,200.12) | 159,820.38 |
| February | 2000 | 0 | 2,230.83 | (2,230.83) | 162,051.21 |
| March | 2000 | 0 | 2,261.96 | (2,261.96) | 164,313.17 |
| April | 2000 | 0 | 2,293.54 | (2,293.54) | 166,606.71 |
| May | 2000 | 0 | 2,325.55 | (2,325.55) | 168,932.26 |
| June | 2000 | 0 | 2,358.01 | (2,358.01) | 171,290.27 |
| July | 2000 | 0 | 2,390.93 | (2,390.93) | 173,681.20 |
| August | 2000 | 0 | 2,424.30 | (2,424.30) | 176,105.50 |
| September | 2000 | 0 | 2,458.14 | (2,458.14) | 178,563.64 |
| October | 2000 | 0 | 2,492.45 | (2,492.45) | 181,056.09 |
| November | 2000 | 0 | 2,527.24 | (2,527.24) | 183,583.33 |
| December | 2000 | 0 | 2,562.52 | (2,562.52) | 186,145.85 |
| January | 2001 | 0 | 2,598.29 | (2,598.29) | 188,744.14 |

| | | | | | |
|---|---|---|---|---|---|
| February | 2001 | 0 | 2,634.55 | (2,634.55) | 191,378.69 |
| March | 2001 | 0 | 2,671.33 | (2,671.33) | 194,050.02 |
| April | 2001 | 0 | 2,708.61 | (2,708.61) | 196,758.63 |
| May | 2001 | 0 | 2,746.42 | (2,746.42) | 199,505.05 |
| June | 2001 | 0 | 2,784.76 | (2,784.76) | 202,289.81 |
| July | 2001 | 0 | 2,823.63 | (2,823.63) | 205,113.44 |
| August | 2001 | 0 | 2,863.04 | (2,863.04) | 207,976.48 |
| September | 2001 | 0 | 2,903.01 | (2,903.01) | 210,879.49 |
| October | 2001 | 0 | 2,943.53 | (2,943.53) | 213,823.01 |
| November | 2001 | 0 | 2,984.61 | (2,984.61) | 216,807.63 |
| December | 2001 | 0 | 3,026.27 | (3,026.27) | 219,833.90 |
| January | 2002 | 0 | 3,068.51 | (3,068.51) | 222,902.42 |
| February | 2002 | 0 | 3,111.35 | (3,111.35) | 226,013.76 |
| March | 2002 | 0 | 3,154.78 | (3,154.78) | 229,168.54 |
| April | 2002 | 0 | 3,198.81 | (3,198.81) | 232,367.35 |
| May | 2002 | 0 | 3,243.46 | (3,243.46) | 235,610.81 |
| June | 2002 | 0 | 3,288.73 | (3,288.73) | 238,899.54 |
| July | 2002 | 0 | 3,334.64 | (3,334.64) | 242,234.18 |
| August | 2002 | 0 | 3,381.19 | (3,381.19) | 245,615.37 |
| September | 2002 | 0 | 3,428.38 | (3,428.38) | 249,043.75 |
| October | 2002 | 0 | 3,476.24 | (3,476.24) | 252,519.98 |
| November | 2002 | 0 | 3,524.76 | (3,524.76) | 256,044.74 |
| December | 2002 | 0 | 3,573.96 | (3,573.96) | 259,618.70 |
| January | 2003 | 0 | 3,623.84 | (3,623.84) | 263,242.55 |
| February | 2003 | 0 | 3,674.43 | (3,674.43) | 266,916.97 |
| March | 2003 | 0 | 3,725.72 | (3,725.72) | 270,642.69 |
| April | 2003 | 0 | 3,777.72 | (3,777.72) | 274,420.41 |
| May | 2003 | 0 | 3,830.45 | (3,830.45) | 278,250.86 |
| June | 2003 | 0 | 3,883.92 | (3,883.92) | 282,134.78 |
| July | 2003 | 0 | 3,938.13 | (3,938.13) | 286,072.91 |
| August | 2003 | 0 | 3,993.10 | (3,993.10) | 290,066.01 |
| September | 2003 | 0 | 4,048.84 | (4,048.84) | 294,114.85 |
| October | 2003 | 0 | 4,105.35 | (4,105.35) | 298,220.20 |
| November | 2003 | 0 | 4,162.66 | (4,162.66) | 302,382.86 |
| December | 2003 | 0 | 4,220.76 | (4,220.76) | 306,603.62 |
| January | 2004 | 0 | 4,279.68 | (4,279.68) | 310,883.30 |
| February | 2004 | 0 | 4,339.41 | (4,339.41) | 315,222.71 |
| March | 2004 | 0 | 4,399.98 | (4,399.98) | 319,622.69 |
| April | 2004 | 0 | 4,461.40 | (4,461.40) | 324,084.09 |
| May | 2004 | 0 | 4,523.67 | (4,523.67) | 328,607.77 |
| June | 2004 | 0 | 4,586.82 | (4,586.82) | 333,194.58 |
| July | 2004 | 0 | 4,650.84 | (4,650.84) | 337,845.42 |
| August | 2004 | 0 | 4,715.76 | (4,715.76) | 342,561.18 |
| September | 2004 | 0 | 4,781.58 | (4,781.58) | 347,342.77 |
| October | 2004 | 0 | 4,848.33 | (4,848.33) | 352,191.09 |
| November | 2004 | 0 | 4,916.00 | (4,916.00) | 357,107.09 |
| December | 2004 | 0 | 4,984.62 | (4,984.62) | 362,091.71 |
| January | 2005 | 0 | 5,054.20 | (5,054.20) | 367,145.91 |
| February | 2005 | 0 | 5,124.74 | (5,124.74) | 372,270.65 |
| March | 2005 | 0 | 5,196.28 | (5,196.28) | 377,466.93 |
| April | 2005 | 0 | 5,268.81 | (5,268.81) | 382,735.74 |
| May | 2005 | 0 | 5,342.35 | (5,342.35) | 388,078.09 |

| | | | | | |
|---|---|---|---|---|---|
| June | 2005 | 0 | 5,416.92 | (5,416.92) | 393,495.02 |
| July | 2005 | 0 | 5,492.53 | (5,492.53) | 398,987.55 |
| August | 2005 | 0 | 5,569.20 | (5,569.20) | 404,556.75 |
| September | 2005 | 0 | 5,646.94 | (5,646.94) | 410,203.69 |
| October | 2005 | 0 | 5,725.76 | (5,725.76) | 415,929.45 |
| November | 2005 | 0 | 5,805.68 | (5,805.68) | 421,735.13 |
| December | 2005 | 0 | 5,886.72 | (5,886.72) | 427,621.85 |