# R

33322

BOOK 658 PAGE 909

QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS, that RAYMOND 25 ASSOCIATES, LLC a Rhode Island limited liability company with offices located at 23 Acorn Street, Providence, RI 02903 in consideration of the sum of Ten ($10.00) Dollars and other good and valuable consideration, grant with QUITCLAIM COVENANTS to KEITH BEAUCHAMP and WAYNE BEAUCHAMP of 89 Cental Street, Manville, RI 02838 that certain lot or parcel of land, together with the buildings and improvements situated thereon, located in the Town of Narragansett, County of Washington, State of Rhode Island, bounded and described as follows:

That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southerly side of Chapin Road, in the Town of Narragansett, County of Washington and State of Rhode Island, said real estate being laid out and designated as Lot No. 14 (fourteen) on that certain recorded plat entitled "Section 1 North Gate in Narragansett, Rhode Island, L. Douglas Couchon et ux Dorothy L. = Owner Scale: 1" = 50' J.A. Johnson, Surveyor Dec. 1969. Drainage revisions, may 1971, A.J. Easterbrooks, C.E."

Said premises are subject to restrictions of record

BEING further described as NQ 00044 - 14 of the Tax Assessor's Records of the Town of Narragansett, RI

The Seller does hereby covenant that it is a Rhode Island limited liability company and it's members are all Rhode Island residents and that there is no withholding due in compliance with the provisions of RIGL 44-30-71.3.

BEING the same premises conveyed to this Grantor by deed dated April 10, 2006 and recorded in Book 652 at Page 747 of the Land Evidence Records of the Town of Narragansett.

IN WITNESS WHEREOF, these presents are executed on this the 28th day of June, 2006.

RAYMOND 25 ASSOCIATES, LLC

By: [signature]
HAROLD T. PANCIERA, JR.

1320.00
6-30-06

002520

BOOK 658 PAGE 910

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Cumberland on the 28th day of June, 2006, before me personally appeared Harold T. Panciera, Jr., to me known and known by me to be the Manager and managing Member of Raymond 25 Associates, LLC, the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed and the free act and deed of Raymond 25 Associates.

Notary Public John T Walsh, J
Commission Expires: 7/18/2009

JOHN T. WALSH, JR.
STATE OF RHODE ISLAND
- MY - COMMISSION EXPIRES JULY 18, 2009
NOTARY PUBLIC

Grantees Address
89 Central Street
Manville, RI 02838

RECEIVED FOR RECORD
ON 6-30-06 AT 1:43 pm
WITNESS: CAROL ROBBINS, CMC
NARRAGANSETT TOWN CLERK