S

## SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| ...AL SALES/BROKER'S COMMISSION: BASED ON PRICE $330,000.00 @ 2.5% = $8,250.00 | | |
| **DIVISION OF COMMISSION (LINE 700) AS FOLLOWS:** | | |
| 701. $8,250.00 to Bruce Allen Realtors | | |
| 702. $ to | | |
| 703. Commission paid at settlement Deposit Held in Escrow $15,000.00 | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | |
| 801. Loan origination fee: Dean Bank | | |
| 802. Loan discount: | | |
| 803. Appraisal fee toSchofield Appraisers | 275.00 | |
| 804. Credit report to Knoll Factual Data | 37.38 | |
| 805. Construction inspection fee to Dean Bank | 250.00 | |
| 806. | | |
| 807. Assumption fee to | | |
| 808. Desktop Underwriter Fee- Fannie Mae | | |
| 809. Tax Service Fee to First American R.E. Tax Service | 12.00 | |
| 810. Flood Cert to National Flood Research | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | |
| 901. Interest from to @ $ / day | | |
| 902. Mortgage insurance premium for mos. to | | |
| 903. Hazard insurance premium for yrs. to | | |
| 904. yrs. to | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | |
| 1001. Hazard insurance mo @ $ per mo | | |
| 1002. Mortgage insurance mo @ $ per mo | | |
| 1003. City property taxes mo @ $ per mo | | |
| 1004. County property taxes mo @ $ per mo | | |
| 1005. Annual assessments mo @ $ per mo | | |
| 1006. Flood insurance mo @ $ per mo | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | 0.00 | |
| **1100. TITLE CHARGES:** | | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to Walsh, Brule & Associates *(includes above items Numbers: 1101,1103,1104,1105)* | 650.00 | |
| 1108. Title insurance to Commonwealth Land Title Insurance *(includes above items Numbers: )* | 1,254.00 | |
| 1109. Lender's coverage $862.00 ($344,000.00 coverage) | | |
| 1110. Owner's coverage $392.00 ($330,000.00 coverage) (increment) | | |
| 1111. Municipal Lien Certificate to Town of Narragansett | 25.00 | |
| 1112. | | |
| 1113. Title Agent Commission to Walsh, Brule & Associates $752.40 POC | | |
| **200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | |
| 201. Recording fees: Deed $83.00 Mortgage $81.00 Release $ | 164.00 | |
| 202. City/county tax/stamps: Deed $ Mortgage $ | | |
| 203. State tax/stamps Deed $1,320.00 Mortgage $ | | 1,320.00 |
| 204. Recording Municipal Lien Certificate to Town of Narragansett | 10.00 | |
| 205. | | |
| **300. ADDITIONAL SETTLEMENT CHARGES:** | | |
| 301. Survey Deletion to Commonwealth Land Title | 75.00 | |
| 302. Additional Invoice to WBA for Amendment & Title Clearing | 850.00 | |
| 303. | | |
| 304. Construction Title Rundown to Walsh , Brule & Assoc. | 150.00 | |
| 305. Prior Taxes Paid By Donald B. Coletti, CRB,CRS | | 5,853.56 |
| 306. White Birch Landscaping | | 375.00 |
| 307. | | |
| **400. TOTAL SETTLEMENT CHARGES** (Enter on line 103, Section J and line 502, Section K) | $3,752.38 | $7,548.56 |

ave carefully reviewed the HUD-1 Settlement Statement, and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts id disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

orrower: [signature] Wayne Beauchamp Date: 6/28/2006 Seller: [signature] Raymond 25 Associates, LLC by Harold T. Panciera, Jr.-Managing Date: 6/28/2006

orrower: [signature] Keith Beauchamp Date: 6/28/2006 Seller: ____________ Date: ______

ie HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be sbursed in accordance with this statement.

ettlement Agent: [signature] John T. Walsh, Jr. Date: 6/28/2006

ARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine d imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.